546-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ARMADA PACIFIC BULK CARRIERS
(SINGAPORE) PTE LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARMADA PACIFIC BULK CARRIERS
(SINGAPORE) PTE LTD,

                  Plaintiff,

   -against -

LUYANG (HK) GROUP LIMITED,

                  Defendant.
------------------------------------------------------------------x

JUDGE RAKOFF

07 CIV 9707

**RULE 7.1 STATEMENT**

     The Plaintiff, ARMADA PACIFIC BULK CARRIERS (SINGAPORE) PTE LTD, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       November 1, 2007

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiff
                      ARMADA PACIFIC BULK CARRIERS (SINGAPORE) PTE LTD

          By: _____
                        Michael E. Unger (MU 0045)
                        80 Pine Street
                        New York, NY 10005
                        Telephone: (212) 425-1900
                        Facsimile: (212) 425-1901

NYDOCS1/292700.1