```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ARMADA PACIFIC BULK CARRIERS            :
(SINGAPORE) PTE LTD,                    :
                                        :     07 Civ. 9707 (JSR)
              Plaintiff,                :
                                        :     ORDER
         -v-                            :
                                        :
LUYANG (HK) GROUP LIMITED,              :
                                        :
              Defendant.                :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

     For the reasons stated from the bench, see transcript, 2/27/08, the Clerk of the Court is hereby directed to remove this case from the Active Calendar and add it to the Suspense Calendar. Plaintiff's counsel is directed to submit a short letter to this Court every six months notifying the Court of any developments in this case, the first such letter to be submitted on June 1, 2008.

     SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08